UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2019 JAN 16 PM 1: 23
SOUTHERN DISTRICT
OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:19-cr-0017 JMS -TAB |
| v. | ) Cause No. 1:19-cr- | |
| JORGE TADEO, | ) | -01 |
| a/k/a Panda, | ) | |
| MARIO TADEO, | ) | -02 |
| a/k/a Gordo, | ) | |
| RAUL LNU, | ) | -03 |
| JUAN LNU, | ) | -04 |
| ANTONIA CORTEZ-GONZALEZ, | ) | -05 |
| RAUL PRIETO-CRUZ, | ) | -06 |
| NOEL ALARCON-CALDERON, | ) | -07 |
| MANUEL GUTIERREZ-CARMONA | ) | -08 |
| JEANETTE FALCON, | ) | -09 |
| ESEQUIEL LOZANO-LOPEZ, | ) | -10 |
| a/k/a Tito, | ) | |
| Defendants, | ) | |

## INDICTMENT

## COUNT ONE

**[Conspiracy to Distribute Controlled Substances – 21 U.S.C. § 846]**

The Grand Jury charges that:

From on or about August 1, 2018 through January 16, 2019, in the Southern District of Indiana, Indianapolis Division, JORGE TADEO, a/k/a Panda, MARIO TADEO, a/k/a Gordo, RAUL LNU, JUAN LNU, ANTONIA CORTEZ-GONZALEZ, RAUL PRIETO-CRUZ, NOEL ALARCON-CALDERON, MANUEL GUTIERREZ-CARMONA, JEANETTE FALCON, and ESEQUIEL LOZANO-LOPEZ, a/k/a Tito, did knowingly and intentionally conspire together

1

and with other persons, known and unknown to the Grand Jury, to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

## OBJECTS OF THE CONSPIRACY

The charged conspiracy had the following objects:

1. The distribution of 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Non-Narcotic controlled substance.

2. The distribution of 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Narcotic controlled substance.

3. The distribution of 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic controlled substance.

## MANNER AND MEANS

The charged conspiracy operated in the following manner:

1. JORGE TADEO and MARIO TADEO directed the activities of a methamphetamine, heroin, and cocaine trafficking organization in Indianapolis, Indiana.

2. JORGE TADEO distributed methamphetamine, heroin, and cocaine from a residence located at 948 North Arnolda Avenue in Indianapolis.

3. From on or about August 1, 2018 through mid-November 2018, MARIO TADEO distributed methamphetamine from a residence located at 1053

North Tremont Street in Indianapolis. In mid-November 2018, MARIO TADEO moved from Indianapolis to Mexico and continued to coordinate drug trafficking activity in Indianapolis from Mexico.

4.  RAUL LNU procured methamphetamine, heroin, and cocaine for JORGE TADEO and MARIO TADEO in Mexico and caused these controlled substances to be transported from Mexico to Indianapolis.

5.  JUAN LNU procured methamphetamine for JORGE TADEO and MARIO TADEO and caused it to be transported from Mexico to Indianapolis.

6.  ANTONIA CORTEZ-GONZALEZ ("CORTEZ-GONZALEZ"), the wife of JORGE TADEO, facilitated JORGE TADEO's drug trafficking activity in Indianapolis.

7.  RAUL PRIETO-CRUZ ("PRIETO-CRUZ"), an inmate at Adams County Correctional Center in Natchez, Mississippi, used a contraband telephone that he had smuggled into the facility to coordinate methamphetamine transactions between JUAN LNU, JORGE TADEO, and other individuals.

8.  NOEL ALARCON-CALDERON ("ALARCON-CALDERON") stored heroin and methamphetamine for JORGE TADEO at a residence located at 3632 Ashway Drive in Indianapolis. ALARCON-CALDERON also served as a drug runner for JORGE TADEO.

9.  MANUEL GUTIERREZ-CARMONA ("GUTIERREZ-CARMONA") distributed methamphetamine in Indianapolis and stored methamphetamine for JORGE TADEO at a residence located at 2808 Shirley Drive in Indianapolis.

10. JEANETTE FALCON ("FALCON") received methamphetamine and cocaine from JORGE TADEO and distributed it from a residence located at 906 North Moreland Avenue in Indianapolis.

11. ESEQUIEL LOZANO-LOPEZ ("LOZANO-LOPEZ") facilitated the drug trafficking activity of RAUL LNU and JORGE TADEO by arranging for the transportation of drug proceeds from JORGE TADEO in Indianapolis to RAUL LNU in Mexico. LOZANO-LOPEZ used his business, Dos Amigos Mechanic Shop, located at 3680 West 30th Street in Indianapolis, to store the drug proceeds.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the object of the conspiracy, that is to distribute controlled substances, the members of the conspiracy did commit, among others, the following overt acts:

1. On August 16, 2018, JORGE TADEO delivered approximately one ounce of methamphetamine to a confidential informant ("Individual #1") at a residence located at 4107 Eisenhower Avenue, Indianapolis.

2. On August 29, 2018, JORGE TADEO fronted approximately one pound of methamphetamine to a confidential informant ("Individual #2") at a residence located at 948 North Arnolda Avenue, Indianapolis. Individual #2 brokered the transaction through JUAN LNU and PRIETO-CRUZ.

3. On August 30, 2018, JORGE TADEO delivered approximately four ounces of methamphetamine to Individual #1 at 948 North Arnolda Avenue, Indianapolis.

4. On September 11, 2018, PRIETO-CRUZ directed Individual #2 to pay LOZANO-LOPEZ for the pound of methamphetamine that JORGE TADEO had fronted to Individual #2 on August 29, 2018.

5. On September 12, 2018, Individual #2 paid LOZANO-LOPEZ $5,000 in currency for the previously fronted methamphetamine at the Dos Amigos Mechanic Shop, located at 3680 West 30th Street, Indianapolis.

6. On or about September 17, 2018, Individual #2 contacted PRIETO-CRUZ to order one pound of methamphetamine. PRIETO-CRUZ directed Individual #2 to contact JUAN LNU to order the pound of methamphetamine. On September 17, 2018, JUAN LNU directed Individual #2 to contact JORGE TADEO to obtain the pound of methamphetamine. On September 20, 2018, JORGE TADEO fronted approximately one pound of methamphetamine to Individual #2 at the residence located at 948 North Arnolda Avenue, Indianapolis.

7. On September 25, 2018, JORGE TADEO and CORTEZ-GONZALEZ retrieved approximately one-half pound of methamphetamine from the residence located at 334 Wichser Avenue, Indianapolis. JORGE TADEO and CORTEZ-GONZALEZ transported the methamphetamine to the residence located at 948 North Arnolda Avenue and delivered it to a confidential informant ("Individual #3").

8. On October 1, 2018, JUAN LNU directed Individual #2 to contact MARIO TADEO to make a payment toward the methamphetamine that JORGE TADEO had fronted him on September 20, 2018. On October 1, 2018,

Individual #2 paid MARIO TADEO $3,000 in currency at a residence located at 1053 North Tremont Street, Indianapolis, for the previously fronted methamphetamine.

9. On October 4, 2018, JORGE TADEO delivered heroin to Individual #3 at the residence located at 948 North Arnolda Avenue, Indianapolis.

10. On October 4, 2018, MARIO TADEO delivered approximately one pound of methamphetamine to Individual #2 at the residence located at 1053 North Tremont Street, Indianapolis.

11. On November 12, 2018, JORGE TADEO agreed to deliver one-half pound of methamphetamine to GUTIERREZ-CARMONA.

12. On November 13, 2018, JORGE TADEO instructed ALARCON-CALDERON to bring him 250 grams of heroin. ALARCON-CALDERON produced approximately 250 grams heroin from the residence located at 3632 Ashway Drive, Indianapolis, and transported it to JORGE TADEO at the residence located at 948 North Arnolda Avenue, Indianapolis. Later on November 13, 2018, JORGE TADEO sold approximately 250 grams of heroin to Individual #3 for $12,500 in currency.

13. On November 13, 2018, at JORGE TADEO's direction, ALARCON-CALDERON transmitted money to RAUL LNU as partial payment for the heroin that JORGE TADEO delivered to Individual #3 earlier in the day.

14. On November 15, 2018, JORGE TADEO delivered a red Mazda 5 sedan and approximately $7,000 in currency to LOZANO-LOPEZ so that

LOZANO-LOPEZ could send the vehicle and the currency to RAUL LNU in Mexico as payment for previously fronted controlled substances.

15. On November 21, 2018, JORGE TADEO delivered approximately one ounce of methamphetamine to JEANETTE FALCON at 906 North Moreland Avenue, Indianapolis.

16. On November 23, 2018, RAUL LNU and JORGE TADEO discussed RAUL LNU's efforts to obtain methamphetamine and cocaine that he could ship from Mexico to Indianapolis for distribution.

17. On December 4, 2018, FALCON ordered one ounce of methamphetamine from JORGE TADEO. Later in the day, ALARCON-CALDERON brought approximately one ounce of methamphetamine to JORGE TADEO. JORGE TADEO and ALARCON-CALDERON then drove to the residence located at 906 North Moreland Avenue, Indianapolis, where JORGE TADEO delivered the methamphetamine to FALCON.

18. On December 11, 2018, RAUL LNU directed JORGE TADEO to deliver approximately 240 grams of heroin to an individual residing at 4002 Stratford Court in Indianapolis. Later in the day, at JORGE TADEO's direction, ALARCON-CALDERON retrieved the heroin from the residence located at 3632 Ashway Drive, Indianapolis, and attempted to transport the heroin to JORGE TADEO.

19. On December 30, 2018, JORGE TADEO obtained approximately one ounce of methamphetamine from GUTIERREZ-CARMONA at a residence

located at 2808 Shirley Drive, Indianapolis, that GUTIERREZ-CARMONA had stored for JORGE TADEO.

20. On December 31, 2018, FALCON asked JORGE TADEO for the price for one kilogram of cocaine.

21. On December 31, 2018, JORGE TADEO delivered approximately one ounce of methamphetamine to FALCON at the residence located at 906 North Moreland Avenue, Indianapolis.

22. On January 9, 2019, JORGE TADEO agreed to sell one pound of methamphetamine to GUTIERREZ-CARMONA for $5,500.

All in violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATIONS

1. The allegations in Count One this Indictment are realleged as if fully set forth here, for the purpose of giving the defendants notice of the United States' intent to seek forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

2. If convicted of the offense set forth in Count One of this Indictment, JORGE TADEO, a/k/a Panda, MARIO TADEO, a/k/a Gordo, RAUL LNU, JUAN LNU, ANTONIA CORTEZ-GONZALEZ, RAUL PRIETO-CRUZ, NOEL ALARCON-CALDERON, MANUEL GUTIERREZ-CARMONA, JEANETTE FALCON, and ESEQUIEL LOZANO-LOPEZ, a/k/a Tito shall forfeit to the United States any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the offense of which

he/she is convicted, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of such offense.

3.  If convicted of the offense set forth in Count One of this Indictment, JORGE TADEO, a/k/a Panda, MARIO TADEO, a/k/a Gordo, RAUL LNU, JUAN LNU, ANTONIA CORTEZ-GONZALEZ, RAUL PRIETO-CRUZ, NOEL ALARCON-CALDERON, MANUEL GUTIERREZ-CARMONA, JEANETTE FALCON, and ESEQUIEL LOZANO-LOPEZ, a/k/a Tito shall also forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in such offense.

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
Bradley A. Blackington
Senior Litigation Counsel