AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>Jorge Tadeo, a/k/a Panda - 01<br><br>*Defendant* | ) <br> ) Case No.<br> ) <br> ) 1:19-cr-0017 JMS -TAB<br> ) <br> ) |

FILED
JAN 22 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jorge Tadeo, a/k/a Panda,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. § 846.

Date: 1/16/2019

CLERK OF COURT, Laura A. Briggs
BY: _____
  *Deputy Clerk*

City and state: Indianapolis, Indiana

---

**Return**

This warrant was received on *(date)* 01/17/19, and the person was arrested on *(date)* 01/18/19
at *(city and state)* Indianapolis, IN

Date: 01-22-19

_____
*Arresting officer's signature*

SA Matt Holbrook
*Printed name and title*