# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:19-cr-0017-JMS-TAB |
| | ) | |
| JORGE TADEO | ) | |
| aka Panda, | ) | |
| Defendant. | ) | |

## APPEARANCE

TO: CLERK OF COURT

    Please enter the appearance of Michael J. Donahoe, Indiana Federal Community Defenders, Inc., as attorney for the Defendant.

Dated: January 28, 2019

                                            *Michael J. Donahoe*
                                            Michael J. Donahoe
                                            Indiana Federal Community Defenders, Inc.
                                            111 Monument Circle, Ste. 3200
                                            Indianapolis, IN. 46204
                                            (317) 383-3520
                                            Attorney for Defendant

## CERTIFICATE OF SERVICE

    I hereby certify that on **January 28, 2019** a copy of the foregoing **Appearance** was electronically filed. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

                                            *Michael J. Donahoe*
                                            Michael J. Donahoe